# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Steven Gardner,                                   :
                                    Appellant     :
                                                  :
        v.                                        :
                                                  :
Warden Mark Capozza, SCI Pittsburgh,              :
Secretary John E. Wetzel                          :        No. 2282 C.D. 2015

# **O R D E R**

NOW, June 29, 2016, upon consideration of appellant's motion for reconsideration, the motion is denied.

MARY HANNAH LEAVITT,
President Judge